# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1759

_____

| | | |
|---|---|---|
| Bedford Mitchell, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Paula Myers, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  July 13, 2000

Filed:  July 25, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Inmate Bedford Mitchell filed a 42 U.S.C. § 1983 action against Paula Myers, Director of Nursing at Missouri's Northeast Correctional Center, claiming she was deliberately indifferent to Mitchell's medical needs during treatment of his toe nail fungus. The district court granted Myers summary judgment and Mitchell appeals. Having carefully reviewed the record and the parties' briefs, we conclude summary judgment was properly granted and we affirm for the reasons stated in the magistrate judge's thorough opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.